ELIZABETH KRISTEN, State Bar No. 218227
JULIA PARISH, State Bar No. 279065
STACY VILLALOBOS, State Bar No. 306710
KATHERINE WUTCHIETT, State Bar No. 308240
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: ekristen@legalaidatwork.org
jparish@legalaidatwork.org
svillalobos@legalaidatwork.org
kwutchiett@legalaidatwork.org

Attorneys for Plaintiffs
Antonella Hernandez, Silvia Flores, Evelin Lopez, Yanira Mendoza, Nidia Tercero, Victoria Tercero, Alicia Vega

Jonathan Piper, State Bar No. 225701
LIPTON & PIPER, LLP
870 Market Street, #945
San Francisco, CA 94102
Telephone: (415) 362-6286
Fax: (415) 362-6819
Email: jon@liptonpiper.com

Attorney for Defendants
William Mayorga, Jose Vallejo, David Gonzalez, Club 26 Mix

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONELLA HERNANDEZ, SILVIA FLORES, EVELIN LOPEZ, YANIRA MENDOZA, NIDIA TERCERO, VICTORIA TERCERO AND ALICIA VEGA,<br><br>v.<br><br>WILLIAM MAYORGA, ALSO KNOWN AS ANTONIO "TONY" MAYORGA AND/OR TONY AGUILAR; DAVID GONZALES, ALSO KNOWN AS "FLEX"; JOSE VALLEJO, ALSO KNOWN AS RICARDO VALLEJO, individually and doing business as CLUB 26 MIX, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 4:16-cv-00637-DMR<br><br>[Proposed] **ORDER GRANTING APPROVAL OF SETTLEMENT AND RETAINING JURISDICTION OVER SETTLEMENT** |

{00493098.DOCX} [Case No.4:16-cv-00637-DMR]

1  The parties have jointly applied to the Court to approve settlement and retain jurisdiction
2  over the judicially approved settlement until the terms of the settlement are fully performed, no
3  later than June 30, 2019.

   Based on the application of the parties, the Declaration of Julia Parish, and the Settlement
Agreement between the parties, the Court hereby finds that the settlement is fair, reasonable, and
adequate.

   IT IS HEREBY ORDERED that the Court approves the settlement as required by Lab.
Code §§ 2699(*l*)(2) and 2699.3(b)(4).

   IT IS HEREBY ORDERED that the Court shall retain jurisdiction until June 30, 2019 or
until the terms of the Settlement Agreement are fully performed, whichever occurs first.

Date: May 31, 2017

_____
Honorable Donna Ryu
United States District Court



{00493098.DOCX}   1   [Case No.4:16-cv-00637-DMR]

[Proposed] ORDER GRANTING APPROVAL OF SETTLEMENT AND RETAINING
JURISDICTION OVER SETTLEMENT